IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
NATIONAL LITHOGRAPH            )
INCORPORATION,                 )
                               )
            Plaintiff,         )
V.                             )    Civil Action No. 1:04cv503
                               )
PRESSTEK INCORPORATED          )
AND                            )
PITMAN COMPANY,                )
                               )
            Defendants.        )
```

### ORDER

This matter comes before the Court on remand from the United States Court of Appeals for the Fourth Circuit. It appearing to the Court that during pendency of the appeal, National Lithograph and Presstek reached a settlement agreement, it is hereby

ORDERED that this case is DISMISSED. Jurisdiction of this matter is retained for the purpose of enforcing the settlement agreement resulting in dismissal of this action.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 12, 2005